# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Justin Weible,<br><br>　　　Petitioner,<br><br>v.<br><br>Joseph Lombardo, et al.,<br><br>　　　Respondents. | Case No.: 2:21-cv-01895-JAD-EJY<br><br>**Order Dismissing Improperly Commenced Habeas Proceeding** |

　　　Petitioner, a prisoner at the Clark County Detention Center, submitted a petition for writ of habeas corpus under 28 U.S.C. § 2241.[1] He did not, however, file an application to proceed *in forma pauperis* or pay the filing fee.[2] Instead, he included a letter with his submission, indicating that he is sending the filing fee in a separate envelope.[3] According to the court's records, however, he has not done so. Consequently, this matter has not been properly commenced

　　　As a result, this action will be dismissed without prejudice to the filing of a habeas petition under 28 U.S.C. § 2241 in a new action with either the $5.00 filing fee or a completed application to proceed *in forma pauperis* on the proper form with both an inmate account statement for the past six months and a properly executed financial certificate.

---

[1] ECF No. 1-1.

[2] *See* 28 U.S.C. § 1915(a)(2) and Local Rules LSR 1-1, 1-2.

[3] ECF No. 1-2.

**IT IS THEREFORE ORDERED** that this action is DISMISSED without prejudice to the filing of a petition in a **new** action with either the $5.00 filing fee or a properly completed application form to proceed *in forma pauperis*. The Clerk is directed to **ENTER** JUDGMENT accordingly and **CLOSE** THIS CASE.

**IT IS FURTHER ORDERED** that a certificate of appealability is denied because jurists of reason would not find the court's dismissal of this improperly commenced action without prejudice to be debatable or incorrect.

**IT IS FURTHER ORDERED** that the Clerk is directed to **SEND** petitioner two copies each of an application form to proceed *in forma pauperis* for incarcerated persons and a Section 2241 habeas petition form, one copy of the instructions for each form, and a copy of the papers that he submitted in this action.

Dated: October 25, 2021

_____
U.S. District Judge Jennifer A. Dorsey